UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND WYNGAARD,

        Plaintiff,

                                      Case No. 5:05-cv-157

v.

                                      Hon. Wendell A. Miles

JOHN RUBITSCHUN, et al.,

        Defendants.

_____/

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On August 1, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Defendants' Motion for Summary Judgment (Docket No. 10) be granted and Plaintiff's action dismissed.  No objections were filed to the R & R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.

      THEREFORE IT IS ORDERED that the court hereby approves and adopts the R & R as the decision of the court.  Defendants' Motion for Summary Judgment is granted and plaintiff's action is dismissed.

Dated: August 31, 2006                                                /s/ Wendell A. Miles
                                                                     Wendell A. Miles
                                                                     Senior U.S. District Judge